1  Christian T. Zabilowicz (SBN 355341)
   5RB,
2  5 Gray's Inn Square,
   London, WC1R 5AH,
3  United Kingdom
   Telephone: (747) 320-7532
4  Email: chriszabilowicz@5rb.com

5

6  *Attorney for Applicant HUMAN ENGINE, Ltd.*

7

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  *In re Ex Parte* Application of          | Miscellaneous Case No. 3:26-mc-80016

12  HUMAN ENGINE, LTD.,                      | **DECLARATION OF JONATHON**
                                             | **NOBLE IN SUPPORT OF HUMAN**
13  Applicant,                               | **ENGINE'S *EX PARTE* APPLICATION**
                                             | **FOR AN ORDER PURSUANT TO 28**
14  For an Order Pursuant to 28 U.S.C. § 1782| **U.S.C. § 1782 GRANTING LEAVE TO**
15  Granting Leave to Obtain Discovery       | **OBTAIN DISCOVERY FOR USE IN**
    For Use in Foreign Proceedings           | **FOREIGN PROCEEDINGS**
16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JONATHON NOBLE IN SUPPORT OF HUMAN ENGINE LTD'S *EX PARTE*
§ 1782 APPLICATION

1
2
## DECLARATION OF JONATHON NOBLE

3
I, Jonathon Noble, declare as follows:

4
### Introduction

5
1.      I am over the age of 18 and have personal knowledge of the facts set forth

6
below.  As to those facts, I believe them to be true.  If called as a witness, I would and

7
could testify competently to them.  I make this Declaration pursuant to 28 U.S.C. § 1746

8
in support of HUMAN ENGINE, Ltd.'s ("HUMAN ENGINE") *Ex Parte* Application for

9
an Order pursuant to 28 U.S.C. § 1782 requesting third-party discovery from Glassdoor,

10
LLC ("Glassdoor") for use in foreign proceedings in England (the "Application").

11
2.      I am a citizen of the United Kingdom. I am the sole Director and majority

12
shareholder of HUMAN ENGINE (holding more than 75% of the shares) having been

13
appointed on 19 February 2018.  That appointment was duly registered with the UK

14
Companies House: https://find-and-update.company-information.service.gov.uk/company

15
/11212476.  Attached hereto as **Exhibit 1** is a true and correct copy of the Companies

16
House website which is incorporated herein by this Reference.

17
### The Applicant and my role

18
3.      HUMAN ENGINE is a leading management consultancy based in the United

19
Kingdom with specialisms in strategy, change, digital, commercial, procurement and

20
projects.  It has no international offices, no current or former employees based outside of

21
the UK, and serves exclusively UK-based clients.  I established HUMAN ENGINE in 2018

22
having previously held leadership roles within the local government in the United

23
Kingdom.  HUMAN ENGINE has since built a strong reputation for delivering

24
transformative solutions to local authorities, central government departments and National

25
Health Service ("NHS") entities across the United Kingdom.

26
27
28

1        4.        HUMAN ENGINE's work is grounded in improving outcomes for customers

2    and communities through the transformation of strategies, operations and organizational

3    cultures.  This approach has earned HUMAN ENGINE national recognition, including

4    being named by the Financial Times as one of the UK's leading management consultancies

5    and being ranked among the top 25 firms in Organisational Change, Sustainability, and

6    People & Performance.  HUMAN ENGINE's mission is to help individuals and

7    organisations do the best work of their lives.

8        5.        As Director, I have day-to-day responsibility for the leadership, governance,

9    financial performance, client relationships, recruitment, and organizational culture of

10    HUMAN ENGINE.  HUMAN ENGINE is a small but fast-growing firm, employing 12

11    professionals.  Its success depends heavily on trust, repeat instructions from satisfied

12    clients, and the recruitment of highly capable individuals in a competitive market.  Any

13    harm to HUMAN ENGINE's reputation has a direct impact on its ability to secure new

14    work, maintain client relationships and attract and retain the talent necessary to continue

15    its growth.

16    **The Review**

17        6.        On March 4, 2025, an anonymous person claiming to have been formerly

18    employed by HUMAN ENGINE posted a review on Glassdoor.co.uk which is accessible

19    at the following URL: https://www.glassdoor.co.uk/Reviews/Employee-Review-Human-

20    Engine-UK-E8744692-RVW95528533.htm (the "Review").  A copy of the Review is

21    attached to the Declaration of Paul Greenberg as **Exhibit 1** thereto.

22        7.        The Review rates HUMAN ENGINE one star out of five and carries the title,

23    "Avoid Like the Plague – Unless You Enjoy Chaos, Hypocrisy, and Casual Sexism –

24    Anonymous employee Human Engine UK Employee Review".

25

26

27

28

8.      Under the title of "Pros", the Review reads: "One forms everlasting bonds with their employees because of the deep trauma that they collectively share of having worked at Human Engine".

9.      Under the title of "Cons", the Review reads:

*Human Engine is an absolute masterclass in how not to run a company. If you're looking for guidance, mentorship, or even basic management competence, you won't find it here. Senior leadership knows nothing but expects juniors to figure out everything themselves—because why bother leading when you can just throw people into the deep end and watch them drown?*

*And let's talk about their charming relationship with clients. They hate them. Every single one. If Human Engine's leadership spent half as much time actually delivering value as they do badmouthing the people who pay them, they might have a half-decent reputation. But no, that would require basic professionalism, which is in short supply here.*

*Oh, and if you're a woman? Good luck.They are casually sexist to the point that women leave faster than they can hire replacements, and to top it off, they're racist without even realising it. Whether it's tone-deaf comments, complete cultural ignorance, or just flat-out failing to create an inclusive environment, they tick every box. But don't worry, they'll just gaslight you into thinking it's all in your head while the boys' club keeps patting itself on the back.*

*The "great culture" they love to brag about? Translation: a toxic mess where openly swearing about clients is normal, and the "great work-life balance" applies only to senior leadership. If you're anything under the director grade, expect to be overworked, undervalued, and then blamed for everything that goes wrong.*

*Promotion? That's a joke. The definition of "good performance" changes whenever it suits them, ensuring you never quite meet the standard. Unless, of course, you become a full-time member of the Senior Leadership Team fan club—worship them enough, and you might get a pat on the head.*

*So, unless you enjoy being gaslit, overworked, and stuck in a never-ending cycle of incompetence, run far, far away.*

10.    The Review contains a number of statements and imputations that HUMAN ENGINE and I believe, individually and collectively, defame HUMAN ENGINE and its senior leadership, including, in particular, that HUMAN ENGINE and its leadership: (i) "[lack] basis management competence" and "basic professionalism", "know nothing", and "throw [their employees] in the deep end and watch them drown"; (ii) mistreat clients and disparage them, including by "badmouthing" and "swearing" about them; (ii) engage in dishonest and unfair business practices, such as only promoting employees that "worship" senior leadership and favoring senior leadership to the detriment of junior employees; and (iv) tolerate and normalize discriminatory behavior in the workplace, including by being "casually sexist" toward women and being "racist without even realising it".

11.    As Director of HUMAN ENGINE, I have personal knowledge of the culture and practices at HUMAN ENGINE. I can confirm that none of the allegations bear any truth, and I believe them to have been made to seriously harm the reputation of HUMAN ENGINE. HUMAN ENGINE and I take the allegations very seriously because of the harm the Review has on our reputation. The Review makes serious allegations of sexism, racism, mistreatment of clients, dishonest and unfair business practices, and of fostering a toxic workplace. These allegations strike at the core values upon which HUMAN ENGINE and its leadership operate and at the qualities that public bodies, NHS organizations, local authorities and charities require from their contractors. Given that HUMAN ENGINE operates in these sectors, where clients are required to avoid contracting with companies whose reputations raise concern or controversy, I believe that the presence of the Review on the internet is likely to deter clients from awarding HUMAN ENGINE contracts, regardless of the Review's truth.

12.    The harm caused by the Review extends to recruitment. HUMAN ENGINE has been forced to suspend all recruitment activities because prospective candidates are highly likely to see the Review—Glassdoor.co.uk being a frequently visited website for those who are seeking employment—and the allegations make HUMAN ENGINE appear

unattractive and unsafe as a place to work. As a small business competing for talent in the management consultancy sector, HUMAN ENGINE relies heavily on its reputation for having a fair and inclusive culture. The presence of allegations that contradict this culture make it harder to attract the best qualified candidates. Indeed, as a direct result of the Review, HUMAN ENGINE has had to rely on freelance workers, at approximately 50% higher cost, to meet project commitments. This has had immediate financial consequences and affects HUMAN ENGINE's long-term sustainability.

13.     Further, the Review has had a detrimental impact on staff morale at HUMAN ENGINE. Employees, particularly younger and more junior members of the team, have expressed concern that the vague but serious nature of the allegations could tarnish their own professional reputations. Staff fear that the Review, although anonymous and unfounded, could cast doubt over their integrity and professionalism by association. Senior management at HUMAN ENGINE have had to devote significant time to supporting staff and addressing their concerns in one-to-one meetings. This diversion of time impacts HUMAN ENGINE's ability to focus on client delivery and internal operations.

14.     As HUMAN ENGINE is a consultancy of only 12 employees and has only 5 Glassdoor reviews in total, a single negative review carries disproportionate weight. The cumulative effect of the Review cannot be understated. The Review poses an ongoing and serious threat to HUMAN ENGINE's ability to win new work, retain existing clients, attract talent, maintain staff morale and sustain its commercial and operational viability. For a business of HUMAN ENGINE's size, the loss of even one contract or recruitment opportunity has a significant effect on operations, financial stability and growth. The harm is ongoing and is likely to continue for as long as the Review remains publicly available.

15.     Because HUMAN ENGINE and I believe that the Review defames HUMAN ENGINE and its leadership, I can confirm that HUMAN ENGINE intends to immediately issue defamation proceedings in England against the anonymous reviewer when discovery

obtained pursuant to this Application is received and the identity of the person who posted the Review is revealed.

16.      HUMAN ENGINE files this Application because there is no other mechanism available to HUMAN ENGINE to obtain the identifying information necessary to initiate proceedings in England against the person who posted the Review.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of January, 2026, at London, England, United Kingdom.

Jonathon Noble

# Exhibit 1


# GOV·UK

**Find and update company information (https://beta.companieshouse.gov.uk/)**

Companies House does not verify the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

Search for a company or officer

Advanced company search (/advanced-search)

# HUMAN ENGINE LIMITED

Company number **11212476**

### Follow this company

### File for this company (https://beta.companieshouse.gov.uk/company/11212476/authorise?return_to=/company/11212476)

| Overview | Filing history | People | More |
|---|---|---|---|

Registered office address
101 Aylesbury Road, Bierton, Aylesbury, England, HP22 5BT

Company status
Active

Company type
Private limited Company

Incorporated on
19 February 2018

## Accounts

Next accounts made up to **28 February 2026**
due by **30 November 2026**

Last accounts made up to **28 February 2025**

# Confirmation statement

Next statement date **12 February 2026**
due by **26 February 2026**

Last statement dated **12 February 2025**

# Nature of business (SIC)

- 70229 - Management consultancy activities other than financial management



Policies Link opens in new tab
Cookies (https://beta.companieshouse.gov.uk/help/cookies)
Contact us Link opens in new tab
Accessibility statement
(https://beta.companieshouse.gov.uk/help/accessibility-statement)
Developers Link opens in new tab

Built by Companies House



© Crown copyright

# 260105 Declaration of Jonathon Noble to support 1782 application (2) (1)

Final Audit Report                                          2026-01-15

| | |
|---|---|
| Created: | 2026-01-14 |
| By: | Richard Bronzite (helpline@cohendavis.co.uk) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAN4sev-iouWiBQoztpm49pqU6mUNsYM41 |

## "260105 Declaration of Jonathon Noble to support 1782 application (2) (1)" History

📄 Document created by Richard Bronzite (helpline@cohendavis.co.uk)
  2026-01-14 - 17:31:47 GMT- IP address: 149.86.89.145

📧 Document emailed to Jonathon Noble (jonathon@human-engine.co.uk) for signature
  2026-01-14 - 17:31:52 GMT

📄 Email viewed by Jonathon Noble (jonathon@human-engine.co.uk)
  2026-01-15 - 08:58:56 GMT- IP address: 83.105.114.145

✍️ Document e-signed by Jonathon Noble (jonathon@human-engine.co.uk)
  Signature Date: 2026-01-15 - 09:02:01 GMT - Time Source: server- IP address: 83.105.114.145

✅ Agreement completed.
  2026-01-15 - 09:02:01 GMT

**Adobe Acrobat Sign**