1  Christian T. Zabilowicz (SBN 355341)
   5RB,
2  5 Gray's Inn Square,
   London, WC1R 5AH,
3  United Kingdom
   Telephone: (747) 320-7532
4  Email: chriszabilowicz@5rb.com

5

6  *Attorney for Applicant HUMAN ENGINE, Ltd.*

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | *In re Ex Parte* Application of | Miscellaneous Case No. 3:26-mc-80016 |

12 | HUMAN ENGINE, LTD., | **[PROPOSED] ORDER GRANTING HUMAN ENGINE'S *EX PARTE*** |
13 | Applicant, | **APPICATION FOR AN ORDER PURSUANT TO 28 U.S.C § 1782** |
14 | For an Order Pursuant to 28 U.S.C. § 1782 | **GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN** |
15 | Granting Leave to Obtain Discovery For Use in Foreign Proceedings | **PROCEEDINGS** |

16

17

18                          **[PROPOSED] ORDER**

19      This matter comes before the Court on HUMAN ENGINE, Ltd's *Ex Parte* Application for

20 an Order pursuant to 28 U.S.C § 1782 Granting Leave to Obtain Discovery for Use in Foreign

21 Proceedings (the "Application"), seeking discovery from GLASSDOOR, LLC ("Glassdoor") in

22 connection with contemplated legal proceedings in the jurisdiction of England and Wales.

23      The Court, having fully considered the Application, and good cause appearing, **HEREBY**

24 **GRANTS** the Application.

25      **IT IS HEREBY ORDERED** that:

26

27

28

[PROPOSED] ORDER GRANTING HUMAN ENGINE, LTD'S 28 U.S.C. § 1782 APPLICATION

1.     HUMAN ENGINE, Ltd. is granted leave to issue and serve a subpoena for certain documents on Glassdoor in a form substantially similar to the subpoena which is attached as **Exhibit B** to the Application.

2.     HUMAN ENGINE, Ltd. must serve the subpoena on Glassdoor within 14 days of this order.  When HUMAN ENGINE, Ltd. serves the subpoena, it must also provide a copy of this order.

3.     Within 14 days of being served, Glassdoor must notify the person who posted the review that is identified in the document subpoena that HUMAN ENGINE, Ltd. has requested their name and contact information.  Glassdoor must also provide this person with copies of the subpoena and this order.

4.     Within 21 days of receiving notice of the subpoena, Glassdoor or the person who posted the review at issue may file a motion in this Court to quash or to modify the subpoena.

5.     If no such motion is filed and more than 21 days has passed since Glassdoor and the reviewer received notice of the subpoena, Glassdoor must disclose the requested information to HUMAN ENGINE, Ltd.

6.     HUMAN ENGINE, Ltd. may use the information disclosed by Glassdoor only for the purposes of the anticipated defamation claim in the jurisdiction of England and Wales.

**IT IS SO ORDERED.**

Dated: _____          _____

[PROPOSED] ORDER GRANTING HUMAN ENGINE, LTD'S 28 U.S.C. § 1782 APPLICATION