UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF HUMAN ENGINE, LTD., | Case No. 26-mc-80016-SK<br><br>**ORDER SETTING DEADLINES REGARDING SERVICE AND CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

On January 21, 2026, Human Engine, Ltd. ("Applicant") filed an *ex parte* application seeking an order to obtain discovery from Glassdoor, LLC ("Glassdoor") for use in foreign proceedings pursuant to 28 U.S.C. § 1782(a). (Dkt. No. 1.) Specifically, Applicant seeks an order from this Court granting it leave to obtain discovery for use in prospective civil defamation lawsuits in England and Wales. (Dkt. No. 1, p. 6.)

IT IS HEREBY ORDERED that Applicant shall serve a copy of its application, supporting documents, and this Order on Glassdoor no later than February 27, 2026. Applicant shall file a proof of service with the Court indicating it served Glassdoor. Applicant consented to the jurisdiction of the undersigned. (Dkt. No. 4.) Glassdoor may file a "Consent or Declination to Magistrate Judge Jurisdiction" form[1] indicating whether it consents to or declines magistrate judge jurisdiction no later than March 13, 2026. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

/ / /

/ / /

/ / /

---

[1] The form is available at https://cand.uscourts.gov/forms/magistrate-judge-consentdeclination-form.

1  If the Court does not have Glassdoor's consent by March 13, 2026, the Court will order the
2  Clerk to reassign this matter to a district judge.

3  **IT IS SO ORDERED**.

4  Dated: January 28, 2026



SALLIE KIM
United States Magistrate Judge