Christian T. Zabilowicz (SBN 355341)
5RB,
5 Gray's Inn Square,
London, WC1R 5AH,
United Kingdom
Telephone: (747) 320-7532
Email: chriszabilowicz@5rb.com

*Attorney for Applicant HUMAN ENGINE, Ltd.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of | Case No. 26-mc-80016-SK |
| HUMAN ENGINE, LTD., | **NOTICE OF VOLUNTARY DISMISSAL** |
| Applicant, | |
| For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery For Use in Foreign Proceedings | |

TO THE HONORABLE COURT: Applicant HUMAN ENGINE, Ltd. ("HUMAN ENGINE"), by and through counsel, hereby voluntarily dismisses this miscellaneous action pursuant to Federal Rule of Civil Procedure 41(a).

Such dismissal shall be without prejudice.

Dated: January 30, 2026                                5RB

                                                                       /s/ Christian T. Zabilowicz
                                                                       Christian T. Zabilowicz
                                                                       *Attorney for Applicant Human Engine, Ltd.*