UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF HUMAN ENGINE, LTD. | Case No.  26-mc-80016-SK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Regarding Docket No. 6 |

On January 30, 2026, Applicant Human Engine, Ltd. filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  (Dkt. No. 6.)  Because Glassdoor, LLC has not served an answer or motion for summary judgment, the Court HEREBY DISMISSES this action WITHOUT PREJUDICE.  All case deadlines, including those set in the Court's order dated January 28, 2026, are HEREBY VACATED.  The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: January 30, 2026

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California